**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| In re: GROEN, WILLIAM M, II | § | Case No. 10-75526 |
| GROEN, ALICIA M | § | |
| | § | |
| Debtor(s) STIVERS, ALICIA M | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    United States Bankruptcy Court
    211 South Court Street
    Rockford, IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 09/21/2011 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:　08/25/2011　　　　　　By:　/s/JAMES E. STEVENS　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　Trustee

JAMES E. STEVENS  
6833 Stalter Drive  
Rockford, IL  61108  
(815) 962-6611  
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: GROEN, WILLIAM M, II | § Case No. 10-75526 |
| GROEN, ALICIA M | § |
| | § |
| Debtor(s) STIVERS, ALICIA M | § |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 6,763.07 |
| *and approved disbursements of* | $ 18.66 |
| *leaving a balance on hand of* [1] | $ 6,744.41 |
| **Balance on hand:** | $ 6,744.41 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5 | CSC Logic | 2,789.91 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 6,744.41 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,426.31 | 0.00 | 1,426.31 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera, LLP | 756.00 | 0.00 | 756.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,182.31 |
| Remaining balance: | $ 4,562.10 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 4,562.10

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 4,562.10

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,960.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 76.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for WFNNB | 569.50 | 0.00 | 435.90 |
| 2 | American InfoSource LP as agent for WFNNB | 707.18 | 0.00 | 541.28 |
| 3 | Rock Valley Federal CU | 3,234.89 | 0.00 | 2,475.99 |
| 4 | Chase Bank USA, N.A. | 590.52 | 0.00 | 451.98 |
| 6 | US Bank N.A. | 858.31 | 0.00 | 656.95 |

Total to be paid for timely general unsecured claims: $ 4,562.10
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                              Case No. 10-75526-MB
William M Groen                                                     Chapter 7
Alicia M Groen
        Debtors                    CERTIFICATE OF NOTICE

District/off: 0752-3          User: cbachman              Page 1 of 2             Date Rcvd: Aug 30, 2011
                              Form ID: pdf006             Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2011.
db          +William M Groen, II,    PO Box 52,    Byron, IL 61010-0052
jdb         +Alicia M Groen,    PO Box 52,    Byron, IL 61010-0052
aty         +Laura L. McGarragan,    McGarragan Law Offices,     1004 N Main Street,    Rockford, IL 61103-7089
tr          +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,     6833 Stalter Drive,
              Rockford, IL 61108-2582
16381918     Best Buy/HSBC Retail Services,    PO Box 15521,    Wilmington DE 19850-5521
16381925    +CSC Logic,   Attn: Bankruptcy Dept.,    PO Box 1577,    Coppell TX 75019-1577
16381919     Capital One,    PO Box 85167,    Richmond VA 23285-5167
16992835     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16381920     Chase Cardmember Services,    PO Box 15298,    Wilmington DE 19850-5298
16381921    +Check ’n Go,   7755 Montgomery Rd. STE 400,    Cincinnati OH 45236-4197
16381922     Citizens Auto Finance,    PO Box 42113,    Providence RI 02940-2113
16381926    +Evergreen Financial,    6547 N Avondale #301A,    Chiago IL 60631-1573
16381927    +Forest Hills Village,    7927 Forest Hills Rd.,    Loves Park IL 61111-3311
16381928     Home Depot,    PO Box 653000,    Dallas TX 75265-3000
16381929     Loves Park Water Dept.,    PO Box 2275,    Loves Park IL 61131-0275
16381930     Maurices/WFNNB,    Bankruptcy Dept.,    PO Box 182125,    Columbus OH 43218-2125
16381931    +Money Management International,     14141 Southeast Freeway STE 1000,    Sugarland TX 77478-3494
16381933    +Rockford Health System/RMH,     2400 N Rockton Ave.,    Rockford IL 61103-3655
17262927    ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank N.A.,     P.O. Box 5229,    Cincinnati, OH 45201)
16381935    +US Bank/Cardmember Service,    PO Box 6532,    Fargo ND 58109-6532
16381936     Victoria’s Secret/WFNNB,    Bankruptcy Dept.,    PO Box 182125,    Columbus OH 43218-2125
16381937     Wells Fargo,    PO Box 5185,    Sioux Falls SD 57117-5185

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16927489     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 31 2011 04:06:12
              American InfoSource LP as agent for WFNNB,    as assignee of,    Maurices,   PO Box 248872,
              Oklahoma City, OK 73124-8872
16927488     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 31 2011 04:06:13
              American InfoSource LP as agent for WFNNB,    as assignee of,    Victoria’s Secret,
              PO Box 248872,    Oklahoma City, OK 73124-8872
16381923     E-mail/Text: legalcollections@comed.com Aug 31 2011 03:40:00     Com Ed,    Bill Payment Center,
              Chicago IL 60668-0001
16381924    +E-mail/Text: GCR_CCBankruptcies@cable.comcast.com Aug 31 2011 03:43:19     Comcast,
              4450 Kishwaukee,    Rockford IL 61109-2944
16381932    +E-mail/Text: mpapoccia@rvfcu.org Aug 31 2011 03:41:35     Rock Valley Federal CU,
              1201 Clifford Ave.,    Loves Park IL 61111-7500
16381934     E-mail/PDF: pa_dc_claims@salliemae.com Aug 31 2011 04:27:33     Sallie Mae,    PO Box 9532,
              Wilkes-Barre PA 18773-9532
                                                                                                TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, IL 61108-2582
aty*         +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, Il 61108-2582
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3          User: cbachman              Page 2 of 2              Date Rcvd: Aug 30, 2011
                              Form ID: pdf006             Total Noticed: 28
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 01, 2011**                       **Signature:**       *Joseph Speetjens*